Motion Granted; Appeal Dismissed and Memorandum
Opinion filed December 16, 2010.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-00487-CV

____________

 

ANTONIO SEPEDA, Appellant

 

V.

 

AMY SEPEDA, Appellee

 



 

On Appeal from the 306th District Court

Galveston County, Texas

Trial Court Cause No. 09FD2933

 



 

M E M O R
A N D U M   O P I N I O N

This is
an appeal from a judgment signed May 7, 2010.  On December 13, 2010, appellant
filed a motion to dismiss the appeal.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Panel consists of Chief Justice Hedges and Justices
Yates and Jamison.